# MISCELLANEOUS CASE COVER SHEET

| PLAINTIFFS | DEFENDANTS |
|---|---|
| JONAH MEER, AS LIQUIDATOR FOR KOPIST HOLDING LIMITED | H.S.B.C. Bank U.S.A., N.A.; Bank of New York Mellon; JPMorgan Chase Bank, N.A.; Citibank N.A.; Deutsche Bank; Israel Discount Bank of New York; Wells Fargo Bank, N.A.; Bank of America, N.A.; Credit Suisse AG; Garanti Bank and Bank Julius Baer |
| **Attorney's** (Firm Name, Address, and Telephone Number)<br>SALISBURY & RYAN LLP<br>1345 Avenue of the Americas<br>2nd Floor<br>New York, New York 10105<br>Tel: 212.977.4660 | **Attorneys (If Known)** |

## DESCRIPTION OF CASE

28 U.S.C. 1782 ex parte application for production of documents from parties located and doing business in New York, New York

**Has this or a similar case been previously filed in SDNY?**

No? [✓]   Yes? [ ]   Judge Previously Assigned _____

If yes, was this case: Vol. [ ]   Invol. [ ]   Dismissed. No [ ]   Yes [ ]

If yes, give date _____ & Case No. _____

## NATURE OF CASE

- [ ] M 08-85 Motion to Compel
- [ ] M 08-85 Motion to Quash
- [ ] M 08-86 Internet Infringement
- [ ] M 08-88 Surety Companies
- [ ] M 08-425 Sureties Proceedings
- [ ] M 11-03 SEC Litigation to Freeze Account
- [ ] M 11-188 GJ Subpoenas - Unsealed
- [ ] M 11-189 GJ Subpoenas - Sealed
- [ ] M 16-88 Sale of Unclaimed Seamen's Effects
- [ ] M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- [ ] M 18-302 Registration of a Judgment from Another District
- [ ] M 18-304 Administrative Subpoena Proceedings
- [ ] M 18-305 Registration of Student Loan Judgment
- [ ] M 18-981 Nonjudicial Civil Forfeiture Proceeding
- [ ] M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- [ ] M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- [ ] M 19-63 Receivers - Property in Other Districts
- [ ] M 19-78 Denial to Sue In Forma Pauperis
- [ ] M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- [ ] M 22-2 Designation of individual to issue certified copies in bankruptcy part
- [ ] M 23 Petition to Perpetuate Testimony
- [ ] M 25-1 Order for Entry to Effect Levy - IRS Matter
- [ ] M 25-2 Permission to have access to safe deposit boxes
- [ ] M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union

- [ ] M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- [ ] M 28 Warrant for Entry & Inspection of Premises
- [ ] M 29 Privacy Act Application
- [ ] M 30 Privacy Act Application
- [ ] M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- [ ] M 32 Petition for Writ to Produce Federal Prisoner in State Court
- [ ] M 33 Inspection Warrant - Department of Energy
- [ ] M 34 Order of Another District Court that the State Court Produce
- [ ] M 35 Order to Stay Transfer of Federal Prisoner
- [ ] M 36 National Labor Relations Board
- [ ] M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- [ ] M 38 Application for Reassignment of Bankruptcy Proceeding
- [ ] M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- [ ] M 41 Order of Return of 28:2254/2255 Petition
- [ ] M 42 Order Denying Stay of Deportation
- [ ] M 43 Contempt of Court in Bankruptcy
- [ ] M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- [ ] M 46 Order From Another District for Public Viewing
- [ ] M 47 Bankruptcy Cases - Before Appeal Filed
- [ ] M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
- [ ] M 48 Application for Appointment of Counsel - No Case In This Court
- [ ] M 49 Order Denying Commencement of Civil Action

Rev. 04/2019

## NATURE OF CASE CONTINUED

- ☐ M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
- ☐ M 52 Application for Leave to File a Complaint
- ☐ M 53 Order Barring Individual from Entering Courthouse Building
- ☐ M 54 Immigration Naturalization - Order Delaying Deportation
- ☐ M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
- ☐ M 58 Application for Extension of Time to File Petition for Removal
- ☐ M 59 Application to Produce Federal Prisoner in State Court
- ☐ M 67 Notice of Eviction to Squatters (USA Cases)

- ☐ M 71 Application re: Federal Rules Cr. 11(e)(2)
- ☐ M 72 Order of Attachment of Another District – EDNY
- ☐ M 73 Subpoena to Government Agency
- ☐ M 75 Application for Writ of Garnishment
- ☐ M 76 Central Violations Bureau
- ☐ M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
- ☐ M 90 Order of Attachment
- ☐ M 93 Letters Rogatory _____
- ☒ M 94 Other  28 USC 1782 action for production of documents

- ☐ M 98 Application to file a civil case under seal.

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

JUDGE_____ MISCELLANEOUS CASE NUMBER _____

NOTE: Please submit at the time of filing an explanation of why cases are deemed related

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

Jonah Meer

**DEFENDANT(S) ADDRESS(ES) AND       COUNTY(IES)**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:
H.S.B.C. Bank U.S.A., N.A., 425 5th Ave., NY, NY; Bank of New York Mellon, 225 Liberty St., NY, NY; JPMorgan Chase Bank, N.A., 270 Park Ave., NY, NY; Citibank N.A., 388 Greenwich St., NY, NY; Deutsche Bank, its affiliates Deutsche Bank Trust Company Americas and Bankers Trust Company, 60 Wall St., NY, NY; Wells Fargo Bank, N.A., 375 Park Ave., NY, NY; Commerzbank AG, 225 Liberty St. NY, NY; Bank of America, N.A., 115 W. 42nd St., NY, NY. All Respondents' addresses in New York county.

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE    ADDRESSES OF THE FOLLOWING DEFENDANTS:
Credit Suisse AG; Garanti Bank; Bank Julius Baer

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE    No [ ]   Yes [✓]
**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO    WHITE PLAINS [ ]   MANHATTAN [✓]

DATE: Oct. 7, 2022

SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] U.S. GOVERNMENT ATTORNEY
[ ] NO
[✓] YES (DATE ADMITTED MO. 04  YR. 1997)
ATTORNEY BAR CODE # PS1226

RECEIPT #

Ruby J. Krajick, Clerk of Court, _____ Dated _____
by Rev. 04/2019