

To log in  FR | IN  Les greffiers des tribunaux de commerce 

**Learn about companies** | Online procedures | Digital Tribunal | Datainfogreffe | Other services

Company, manager, registry, formality, news, name, name + postal code, SIREN ...

advanced search

# 3 BEAUTIFUL

**Monitor this establishment**

**PERFORM A FORMALITY**
To select

**SHARE THE LINK TO THIS COMPANY PROFILE**

752 032 912 R.CS CHAMBERY
Registry at the Commercial Court of CHAMBERY

BACK TO RESULTS | NEW ADVANCED SEARCH

## LIST OF 3BELLES ACTS

VIEW OFFICIAL DOCUMENTS

| IDENTITY | ESTABLISHMENT (S) | **11 OFFICIAL DOCUMENTS FILED** | BODACC ADS |

**OFFICIAL DOCUMENTS**

**Order acts and statutes**

| DATED | TYPE | DECISIONS |
|---|---|---|
| 01/15/2019 | Document relating to the beneficial owner | Filing number 1806 of 23/01/2019 |
| 01/10/2018 | Notice of pledge of civil partnership shares | Pledge of shares<br>Filing number 586 of 11/01/2018 |
| 01/10/2018 | Notice of pledge of civil partnership shares | Pledge of shares<br>Filing number 586 of 11/01/2018 |
| 01/10/2018 | Notice of pledge of civil partnership shares | Pledge of shares<br>Filing number 586 of 11/01/2018 |
| 09/11/2017 | Meeting minutes | Transfer of the head office<br>Filing number 6710 of 06/10/2017 |
| 09/11/2017 | status updated | Filing number 6710 of 06/10/2017 |
| 23/12/2014 | Dispatch of an authentic instrument | Donation of shares<br>Appointment (s) of manager (s)<br>Resignation (s) of manager (s)<br>Appointment (s) of manager (s)<br>Statutory modification (s)<br>Filing number 636 of 01/28/2015 |
| 23/12/2014 | status updated | Filing number 636 of 01/28/2015 |
| 12/31/2012 | Dispatch of an authentic instrument | Donation<br>Change relating to the corporate purpose<br>Statutory modification (s)<br>Filing number 1890 of 03/25/2013 |
| 12/31/2012 | status updated | Filing number 1890 of 03/25/2013 |

Display by page 10    " < 1 2 > "

PRINT THE LIST OF ACTS

-

## OFFICIAL DOCUMENTS

| **EXTRAIT KBIS**<br>Registre du Commerce et des Sociétés | ETAT D'ENDETTEMENT | ACTES ET STATUTS | HISTORIQUE DES MODIFICATIONS | PROCÉDURES COLLECTIVES | DOSSIER COMPLET |
|---|---|---|---|---|---|
| | Voir les produits | Voir les produits | Voir les produits | Voir les produits | Voir les produits |

| DOCUMENT | ELECTRONICS [1] | MAIL [2] | ALL TAXES INCLUDED PRICE |

**MY SHOPPING CART**

| DOCUMENT | ELECTRONICS (1) | MAIL (2) | ALL TAXES INCLUDED PRICE | |
|---|---|---|---|---|
| **EXTRAIT Kbis** <br> **2,69 €** <br> L'Extrait Kbis est délivré et certifié par le Greffier. | Visualisation, téléchargement et mail | ☐ exemplaire(s) <br><br> **Envoi périodique :** <br><br> Tous les ☐ mois <br> Pendant ☐ mois | | |
| **HISTORIQUE DES MODIFICATIONS** <br> **6,70 €** <br> Trier par : Date d'enregistrement au Greffe | Visualisation et téléchargement | | | |

(1) Diligence de transmission électronique : + 0,68 €
(2) Frais postaux : + 1,34 € par exemplaire

## KBIS EXTRACT

- DEFINITION
- USES AND VALIDITY
- WHAT DOES KBIS CONTAIN?
- ORDER A KBIS
- REGULARLY RECEIVE A KBIS
- SPECIAL CASES OF COMMERCIAL AGENTS AND EIRLS

**L'extrait Kbis représente la véritable « carte d'identité » à jour d'une entreprise** immatriculée au Registre du Commerce et des Sociétés (RCS).
Ce document, qui peut être défini comme l'état civil à jour des entreprises immatriculées au RCS, regroupe l'ensemble des renseignements que l'entreprise doit déclarer, et fait état, le cas échéant, des mentions portées par le greffier chargé de la tenue de ce registre. La vocation fondamentale du RCS étant de porter à la connaissance du public les informations qui y figurent, **toute personne a la faculté de demander et d'obtenir l'extrait Kbis d'une entreprise auprès du greffe concerné**.
L'extrait Kbis atteste de l'existence juridique de l'entreprise et donne **une information vérifiée qui fait foi**. Il s'agit du seul document officiel prouvant l'identité et l'adresse de la personne (physique ou morale) immatriculée, son activité, ses organes de direction, administration, gestion ou contrôle, ainsi que l'existence ou non d'une procédure collective engagée à son encontre.
Dans la plupart des cas, pour être opposable, **l'extrait Kbis demandé doit dater de moins de 3 mois**.

## Qui sommes nous ?

### infogreffe

Infogreffe est le Groupement d'intérêt Economique (GIE) des greffes des tribunaux de commerce français. Infogreffe est la plateforme de services en ligne destinée à accompagner les entreprises et faciliter les moments-clés de leur développement.

## Nos services

- Acheter un document
- Poser une surveillance
- Cibler des entreprises
- Observatoire statistique
- Rechercher une affaire
- Certigreffe
- Prepaid card

## Useful links

- Who are we ?
- News
- Frequently Asked Questions
- Find a transplant
- Business Directory
- Lexicon
- Prices
- Contact us
- Legal Notice
- CGU-CGV
- GDPR Charter
- Cookies policy
- Sitemap

## Follow us on the networks



The network of partner organizations:   National Council of Commercial Court Clerks -   European Business Register -   Agence France Entrepeneur -   les-aides.fr -   Service-Public.fr

# infogreffe
## Entreprendre en confiance

To log in | FR | **IN** | Les greffiers des tribunaux de commerce

**Learn about companies**    **Online procedures**    **Digital Tribunal**    **Datainfogreffe**    **Other services**

Company, manager, registry, formality, news, name, name + postal code, SIREN ...

advanced search

---

# 3 BEAUTIFUL

**Monitor this establishment**

**PERFORM A FORMALITY**
To select

**SHARE THE LINK TO THIS COMPANY PROFILE**

752 032 912  R.CS  CHAMBERY

Registry at the Commercial Court of  CHAMBERY

**NEW ADVANCED SEARCH**

## COMPANY INFORMATION 3BELLES

**VIEW OFFICIAL DOCUMENTS**

| **IDENTITY** | ESTABLISHMENT (S) | 11 OFFICIAL DOCUMENTS FILED | BODACC ADS |

**THE HEAD OFFICE**
AT FRENCH ALPS FAMILY OFFICE 294 AVENUE DU GRAND CHAMP
73600 SALINS-FONTAINE
See the plan

**SIRET**
752 032 912 00020

**LEGAL FORM**
Real estate company

**ACTIVITY (NAF CODE)**
6820B: Rental of land and other immovable property
Other companies with the same activity in the department: SAVOIE

**REGISTRATION**
Entered on 08/06/2012.

**BENEFICIAL OWNERS**
Consult the beneficial owners

**LATEST KEY FIGURES**
Company not required to file annual accounts with the Registry.

**ACTS DEPOSITED**
See the 11 acts

---

## OFFICIAL DOCUMENTS

| **KBIS EXTRACT** Trade and Companies Register | STATE DEBT | ACTS AND STATUTES | HISTORY OF MODIFICATIONS | PROCEDURES COLLECTIVE | COMPLETE FILE |
|---|---|---|---|---|---|
| | See the products | See the products | See the products | See the products | See the products |

| DOCUMENT | ELECTRONICS (1) | MAIL (2) | ALL TAXES INCLUDED PRICE |
|---|---|---|---|
| **Kbis** Extract € 2.69 The Kbis Extract is issued and certified by the Registrar. | Viewing, downloading and mail | ☐ copy (s) **Periodic dispatch:** All ☐ month during ☐ month | |
| **HISTORY OF MODIFICATIONS** € 6.70 Sort by :  Date of registration with the Registry | Viewing and downloading | | |

**MY SHOPPING CART**

(1) Electronic transmission due diligence: + € 0.68
(2) Postage: + € 1.34 per copy

---

## KBIS EXTRACT

**DEFINITION**

**USES AND VALIDITY**

**WHAT DOES KBIS CONTAIN?**

**ORDER A KBIS**

**The Kbis extract represents the true up-to-date "identity card" of a company** registered with the Trade and Companies Register (RCS).
This document, which can be defined as the up-to-date civil status of companies registered with the RCS, groups together all the information that the company must declare, and mentions, where applicable, the information made by the clerk in charge of the keeping this register. The fundamental purpose of the RCS being to bring the information contained therein to the attention of the public, **any person has the right to request and obtain the Kbis extract of a company from the registry concerned** .
The Kbis extract attests to the legal existence of the. This is the only official document

| | |
|---|---|
| REGULARLY RECEIVE A KBIS | proving the identity and address of the registered person (natural or legal), their activity, their governing bodies, administration, management or control, as well as the existence or not of a bankruptcy proceedings instituted against him. |
| SPECIAL CASES OF COMMERCIAL AGENTS AND EIRLS | In most cases, to be enforceable, **the requested Kbis extract must be less than 3 months old** . |

## Who are we ?

### infograft

Infogreffe is the Economic Interest Group (GIE) of the registries of French commercial courts. Infogreffe is the online service platform designed to support businesses and facilitate key moments in their development.

## Our services

- Buy a document
- Set up surveillance
- Target companies
- Statistical observatory
- Find a case
- Certigreffe
- Prepaid card

## Useful links

- Who are we ?
- News
- Frequently Asked Questions
- Find a transplant
- Business Directory
- Lexicon
- Prices
- Contact us
- Legal Notice
- CGU-CGV
- GDPR Charter
- Cookies policy
- Sitemap

## Follow us on the networks



The network of partner organizations: National Council of Commercial Court Clerks - European Business Register - Agence France Entrepeneur - les-aides.fr - Service-Public.fr



ENRICHMENT

To log in

**What?** | Denomination or Keywords |  ex: hotel AND thalassoth

**Who ?** | Name or Position (s) |  ex: human resou

**Or ?** | Region, City, Postal code

| The essential | Contacts | Web sites | Financial datas | Establishments | Legal publications | Brands |

# 3 BEAUTIFUL

294 AVENUE DU GRAND CHAMP  73600  SALINS-FONTAINE

SIMILAR COMPANIES

## Introduction

Created on 4/5/2012, **3BELLES** has been active for 9 years. The head office of the company is based at **SALINS-FONTAINE 73600** and operates under the NAF code **6820B** - Rental of land and other real estate. It also has 1 secondary schools. From a legal standpoint, 3BELLES takes the form of a **Société civile immobilière** registered with the registry of **Chambéry** under the SIREN number **752032912** .

## Activity



**APE WORDING**
Rental of land and other real estate

**SOCIAL OBJECT**
Acquisition, sale, lease, rental, ownership or co-ownership of all commercial, professional or industrial residential premises, land, buildings and all other movable or immovable property.

**NO WEB PRESENCE DETECTED**

## legal information

| | | | |
|---|---|---|---|
| DENOMINATION [Edit] | 3 BEAUTIFUL | ADDRESS [Edit] | 294 AVENUE DU GRAND CHAMP 73600   SALINS-FONTAINE |
| INSTITUTION TYPE | Seat | SHARE CAPITAL [Edit] | 1000 € |
| SIREN NUMBER | 752032912 | COMPLEMENT NAME (ADDRESSING) | AT FRENCH ALPS FAMILY OFFICE |
| SIRET NUMBER | 75203291200020 | | |
| EU VAT NUMBER | FR95752032912 | CREATION DATE | 05/17/2012 |
| LEGAL FORM | Real estate company | LAST LEGAL UPDATE | 01/09/2018 |
| APE / NAF CODE [Edit] | 6820B - Rental of land and other immovable property | GRAFT | Chambery |
| NAF LEVEL 1 CODE | LZ - Real estate activities | RCS NUMBER | 752 032 912 RCS Chambery |
| NAF LEVEL 2 CODE | LZ - Real estate activities | DOWNLOAD THE LATEST STATUTES | |

## Key figures

NO FINANCIAL DATA DETECTED

## Generic contacts

GET THE MAILS? SIGN UP!

## Direct contacts

GET THE CONTACTS? SIGN UP!

## Legal representatives

**LEADERS**

| ROLE | LAST NAME | SENIORITY | DATE OF BIRTH |
| --- | --- | --- | --- |
| Manager | Annabelle BAYSAN | Since 03/25/2017 | 08/10/1993 |

See former agents

## Web sites

FOR WEB ANALYSIS, SUBSCRIBE!

## Financial datas

NO FINANCIAL DATA DETECTED

## Establishments

| LAST NAME | STATUS | SIRET | ADDRESS | APE CODE |
| --- | --- | --- | --- | --- |
| | Closed | 75203291200012 | THE CHENUS 73120 Courchevel | |

## Acts

Search



| DEPOSIT | TYPE | DESCRIPTION | DOWNLOAD |
| --- | --- | --- | --- |

| DEPOSIT | TYPE | DESCRIPTION | DOWNLOAD |
|---|---|---|---|
| 01/22/2019 | Document relating to the beneficial owner | | 📄 |
| 01/10/2018 | Notice of pledge of civil partnership shares | Pledge in favor of SA EDMOND DE ROTHSCHILD (MONACO) of 33 shares belonging to Miss BAYSAN Isabelle which she holds in SCI 3BELLES.<br>Pledge in favor of SA EDMOND DE ROTHSCHILD (MONACO) of 34 shares belonging to Miss BAYSAN Annabelle which she holds in SCI 3BELLES.<br>Pledge in favor of SA EDMOND DE ROTHSCHILD (MONACO) of 33 shares belonging to Miss BAYSAN Rosabelle which she holds in SCI 3BELLES.<br>"Pledge in favor of SA EDMOND DE ROTHSCHILD (MONACO) of 33 shares belonging to Miss BAYSAN Isabelle which she holds in SCI 3BELLES."<br>"Pledge in favor of SA EDMOND DE ROTHSCHILD (MONACO) of 34 shares belonging to Miss BAYSAN Annabelle that<br>"Pledge in favor of SA EDMOND DE ROTHSCHILD (MONACO) of 33 shares belonging to Miss BAYSAN Rosabelle which she holds in SCI 3BELLES." | 📄 |
| 05/10/2017 | Meeting minutes Updated statutes | Transfer of the head office | 📄 |
| 01/27/2015 | Dispatch of an authentic instrument Updated statutes | between Mrs. Marianne HOLM on the one hand and Mrs. Isabelle BAYSAN, Mrs. Annabelle BAYSAN, Mrs. Rosabelle BAYSAN on the other hand<br>Appointment (s) of manager (s)<br>Resignation (s) of manager<br>(s) Statutory modification (s) | 📄 |
| 03/24/2013 | Dispatch of an authentic instrument Updated statutes | Mr. **Nej**det BAYSAN on the one hand and Mrs. Marianne HOLM wife BAYSAN, Ms. Isabelle BAYSAN, Ms. Annabelle BAYSAN and Ms. Rosabelle BAYSAN on the other hand<br>Change relating to the corporate purpose<br>Statutory amendment (s) | 📄 |
| 07/06/2012 | Articles of incorporation | Constitution<br>Appointment (s) of manager (s) | 📄 |

# BODACC ads

Various modifications and mutations published on 10/10/2017

Various modifications and mutations published on 02/04/2015

Various modifications and mutations published on 04/02/2013

Establishment creations published on 06/20/2012

# Brands

NO MARK DETECTED

Submit a new brand

