



French → English

Societe

0

Company, manager, SIREN...

MENU

# ASPEN COTTAGE

Company: 442 165 858 ● Active

Last updated on: 01-02-2022

CHEZ FRENCH ALPS FAMILY OFFICE
294 AV DU GRAND CHAMP
73600 SALINS-FONTAINE
France

To watch

Identité entreprise | Documents officiels | Etablissements | PLUS (8)

## Corporate Identity

### Presentation of the company CHALET ASPEN

CHALET ASPEN , a civil real estate company, registered under SIREN 442165858, has been active for 19 years. Located in SALINS-FONTAINE (73600), it specializes in the sector of activity of the rental of land and other real estate. Societe.com lists 2 establishmentsas well as an agent since the beginning of its activity, the last notable event of this company dates from 06-10-2017. Nejdet BAYSAN is the manager of CHALET ASPEN.

See legal notice for contract

Download official documents

Merchants, take advantage of the holiday season to launch your e-commerce site. It's FREE for 1 month. Start now >

### legal information

| | | |
|---|---|---|
| Company creation date | 2002-04-30 - *19 years ago* | Articles of incorporation |
| Legal status | Real estate company | See |
| Trade names | ASPEN COTTAGE | |
| Address | 294 AV DU GRAND CHAMP 73600 SALINS-FONTAINE | |
| **Identification numbers** | | |
| Siren number | 442165858 | |
| SIRET number ( head office ) | 44216585800022 | |
| VAT number | FR82442165858 | |
| RCS number | Chambery D 442 165 858 | |

French → English

Activity (NAF or APE code) | Rental of land and other real estate (6820B) | See

Legal information

| | | |
|---|---|---|
| RCS Status | REGISTERED - *at the Chambery registry* | RCS registration extract |
| INSEE status | REGISTERED | SIRENE situation notice |
| RCS registration date | Registered with the RCS on 28-05-2002 | |
| INSEE registration date | Registered at INSEE on 30-04-2002 | |

size of the company

| | | |
|---|---|---|
| Workforce (INSEE bracket at 18 months) | Non-employing unit or workforce unknown as of 12/21 | See |
| Share capital | €3,700,000.00 | See |

Advanced information

All official documents

## The manager of CHALET ASPEN

### Officers of CHALET ASPEN:

Type of agents: Manager

| | | |
|---|---|---|
| Since 01-01-2000 | Mr Nejdet BAYSAN | Learn more |

Show all leaders

Browse the influence networks of more than 4 million French leaders!

PREVIEW

Company:
CHALET ASPEN

Access the map

The b...

Discover MORE+

French → English

Prospect companies in the same sector of activity and in the same geographical sector as the company CHALET ASPEN:

> Prospect land rental companies and other real estate in Savoie (73)
> Prospect real estate businesses in Savoie (73)

See the 21638 companies in the same sector

CRITÈRES DE SÉLECTION :

| Régions | Départements |
| --- | --- |
| France métropolitaine entière | 01 - Ain |
| DOM-TOM uniquement | 02 - Aisne |
| France métropolitaine + DOM-TOM | 03 - Allier |
| 1 - Alsace | ☑ 04 - Alpes-de-Hte-prov. |
| 2 - Aquitaine | 05 - Hautes-Alpes |
| 3 - Auvergne | 06 - Alpes-Maritimes |
| 4 - Bourgogne | 07 - Ardèche |
| 5 - Bretagne | 08 - Ardennes |
| 6 - Centre | 09 - Ariège |

Code postal ou commune :

Secteurs d'activité (APE / NAF)

- Sélectionner tous les secteurs d'activité
- 01 Culture et production animale, chasse et services annexes
- ☑ 02 Sylviculture et exploitation forestière
- 03 Pêche et aquaculture
- 05 Extraction de houille et de lignite
- 06 Extraction d'hydrocarbures

VOTRE FICHIER :

103 Entreprises

| | |
| --- | --- |
| 103 Données principales | GRATUIT |
| 40 Noms de dirigeants | ~~11.38 €~~ |
| 15 Téléphones | ~~1.32 €~~ |
| 97 Adresses postales | ~~10.92 €~~ |
| 18 Données financières | ~~2.37 €~~ |
| 103 Numéros TVA | ~~6.43 €~~ |

TOTAL : 0.00 € HT

Télécharger ce fichier

Voir un extrait du fichier

VOS CRITÈRES DE SÉLECTION :

Départements et CP

04 - Alpes-de-Hte-prov.

Télécharger le fichier GRATUIT

## Chiffres clés de CHALET ASPEN

| Date de publication de l'exercice | 2021 | 2020 | Variation |
| --- | --- | --- | --- |
| Total du Bilan (Actif / Passif) | | | - - - |
| dont Trésorerie | | | |
| dont Capitaux propres | Comptes non disponibles | Comptes non disponibles | - - - |
| dont Dettes | | | |
| Chiffre d'affaires | Publier votre dernier bilan | Publier votre dernier bilan | - - - |
| Résultat net (Bénéfice ou Perte) | | | - - - |
| Effectifs moyens | | | - - - |

Commander les comptes complets

## Les 5 Documents officiels numérisés

French → English

| | | Prix | Achat |
|---|---|---|---|
| | + Statuts mis à jour | | 7,90€ |
| 28-05-2002 | Formation de société<br>+ Acte modificatif | | 7,90€ |

Voir tous les documents officiels

## Les 2 Annonces d'évènements parues

| Date | Annonces légales (JAL ou BODACC) | Prix | Achat |
|---|---|---|---|
| XLS | 11/10 2017 | Modification juridique et structurelle | 2,90€ |
| XLS | 06/10 2017 | Modification juridique et structurelle | 2,90€ |

Voir tous les documents officiels

## Synthèse societe.com pour l'entreprise CHALET ASPEN

Analyse bientôt disponible pour cette société

## 2 établissements de la société CHALET ASPEN

**CHALET ASPEN - 73600** Actif

*Etablissement **Siège** en activité depuis 5 ans*

Siège

Adresse : **294 AV DU GRAND CHAMP - 73600 SALINS-FONTAINE**

**CHALET ASPEN - 73120** Fermé

*Ancien établissement en activité pendant 14 ans*

Adresse : **STATION DE COURCHEVEL 1850 - 73120 COURCHEVEL**

Voir tous les établissements

S'INFORMER & VÉRIFIER

SURVEILLER & PROSPECTER

ACTUALITÉS

CHEZ FRENCH ALPS FAMILY OFFICE
294 AV DU GRAND CHAMP
73600 SALINS-FONTAINE
France

Identité entreprise | Documents officiels | Etablissements | PLUS (8)

# Leaders

## The current manager of CHALET ASPEN

CHALET ASPEN is currently managed by 1 corporate officer: 1 Manager. The corporate officer of CHALET ASPEN is responsible for all of his actions, which are thus likely to incur civil or even criminal liability. The corporate officer must also report on the management of CHALET ASPEN to his principals, who are often the shareholders of CHALET ASPEN.

**Manager**

| | | |
|---|---|---|
| Mr Nejdet BAYSAN *Managed since* 01-01-2000 | 22 years and 1 month | Learn more |

The

Discover MORE+

 French →  English  

0

Company, manager, SIREN...

MENU

STATION DE COURCHEVEL 1850
73120 COURCHEVEL

Identité entreprise | Documents officiels | Etablissements | PLUS (8)

# Establishments > CHALET ASPEN - 73120

## The establishment CHALET ASPEN - 73120 in detail

The company CHALET ASPEN currently has its main establishment in SALINS-FONTAINE (head office of the company). It is the establishment where the administration and effective management of the company are centralized.
The establishment, located STATION DE COURCHEVEL 1850 in COURCHEVEL (73120), was a secondary establishment of the company CHALET ASPEN . Created on 30-04-2002, its activity was the rental of land and other real estate.

| | |
|---|---|
| Last updated date | 28-06-2020 |
| Status | Establishment closed on 01-07-2016 |
| Establishment number (NIC) | 00014 |
| SIRET number | 44216585800014 |
| Address | COURCHEVEL 1850 RESORT 73120 COURCHEVEL |
| Type of establishment | Secondary school |
| Activity (NAF or APE code) | Rental of land and other real estate See + |
| Workforce (INSEE bracket at 18 months) | Non-employing unit or workforce See + |

2/18/22, 11:32 AM Case 1:22-mc-00281-GHW-OTW Document 3-26 Filed 10/07/22 Page 7 of 13
Establishment CHALET ASPEN in COURCHEVEL (73120) on SOCIETE.COM (44216585800014)

French → English
Address COURCHEVEL 1850 RESORT
Postal code 73120
City COURCHEVEL
Country France
See all establishments
See the company file
GET INFORMED & CHECK
MONITOR & PROSPECT
NEWS
FORMALITIES
PRACTICAL SHEETS
GLOSSARY
Application Iphone
Application Android
SOCIETE.COM
Tarifs & Paiement | CGU & CGV | Gestion des cookies | Politique de protection des données personnelles | Contactez Societe.com | Mentions Légales | FreeBSD |
©2022 SOCIETE SAS - Reproduction prohibited - Private sources, INPI, INSEE, Private service distinct from the RNCS - CNIL declaration n° 2073544 v 0

https://www-societe-com.translate.goog/etablissement/chalet-aspen-44216585800014.html?_x_tr_sl=fr&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=sc 2/2

Log In

FR | IN

Les greffiers des tribunaux de commerce

infogreffe
Entreprendre en confiance

Get information on companies | Online procedure | Digital short | Datainfogreffe | Go further

Company, director, registry, formalities, news, name, name + Zip Code, SIREN ...

Advanced search

# CHALET ASPEN

SHARE THE LINK TO THIS COMPANY PROFILE

442 165 858 R.CS CHAMBERY
Registry at the Commercial Court of CHAMBERY

Supervise this office

PERFORM A FORMALITY

Select

BACK TO RESULTS | NEW ADVANCED SEARCH

## COMPANY INFORMATION CHALET ASPEN

VIEW OFFICIAL DOCUMENTS

IDENTITY | OFFICE (S) | 4 OFFICIAL FILED DOCUMENTS | BODACC PUBLICATIONS

**REGISTERED OFFICE**

AT FRENCH ALPS FAMILY OFFICE 294 AVENUE DU GRAND CHAMP
73600 SALINS-FONTAINE

View the plan

**SIRET**

442 165 858 00022

**LEGAL FORM**

Real estate company

**ACTIVITIES (NAF CODE)**

6820B: Rental of land and other immovable property

Other companies with the same activity in the department: SAVOIE

**REGISTRATION**

Entered on 05/28/2002.

**BENEFICIAL OWNERS**

Consult the beneficial owners

**LAST KEY FIGURES**

Company not bound to deposit its annual accounts with the Registry Office.

**OFFICIAL DOCUMENTS FILED**

View 4 official documents

## OFFICIAL DOCUMENTS

CERTIFICATE OF REGISTRATION
Trade and Companies Register

DEBT REPORT
View products

OFFICIAL DOCUMENTS AND ARTICLES OF ASSOCIATION
View products

BACKGROUND TO MODIFICATIONS
View products

BANKRUPTCY PROCEEDINGS
View products

FULL FILE
View products

| DOCUMENT | ELECTRONIC [(1)] | LETTER [(2)] | PRICE INCLUDING TAX |
|---|---|---|---|
| **Certificate of registration** **€ 2.69** The certificate of registration is issued and certified by the registries. | View, download and mail | copy (ies) **Periodic sending:** Every month During month | |
| **HISTORY OF MODIFICATIONS** **€ 6.70** **Sort by:** Date of registration with the registry | View and download | | |

SHOPPING CART

(1) Electronic issue due diligence: + € 0.68
(2) Postage fees: + € 1.34 per copy

## KBIS EXTRACT

DEFINITION
USES AND VALIDITY
WHAT DOES KBIS CONTAIN?
ORDER A KBIS

**The Kbis extract represents the true up-to-date "identity card" of a company** registered with the Trade and Companies Register (RCS).
This document, which can be defined as the up-to-date civil status of companies registered with the RCS, groups together all the information that the company must declare, and mentions, where applicable, the information made by the clerk in charge of the keeping this register. The fundamental purpose of the RCS being to bring the information contained therein to the attention of the public, **any person has the right to request and obtain the Kbis extract of a company from the registry concerned** .
The Kbis extract attests to the legal existence of the. This is the only official document

REGULARLY RECEIVE A KBIS

SPECIAL CASES OF COMMERCIAL AGENTS AND EIRLS

proving the identity and address of the registered person (natural or legal), their activity, their governing bodies, administration, management or control, as well as the existence or not of a bankruptcy proceedings instituted against him.
In most cases, to be enforceable, **the requested Kbis extract must be less than 3 months old** .

## Who are we?

infograft

Infogreffe is the Economic Interest Group (GIE) of the registries of French commercial courts. Infogreffe is the online service platform designed to support businesses and facilitate key moments in their development.

## Our services

Order a document

Set a monitoring

Companies per criteria

Statistics

Search for a case

Certigreffe

Prepaid Card

## Useful links

Who are we?

News

Faq

Find a court registry

Companies directory

Lexicon

Prices

Contact us

Legal notice

General Conditions of Use - General Conditions of Sale

GDPR Charter

Cookies policy

Sitemap

## Follow us on social networks

Infogreffe's Partner Network: The National Council of Commercial Court Registrars - European Business Register - Agence France Entrepeneur - les-aides.fr - Service-Public.fr

4/13/2021 Case 1:22-mc-00281-GHW-OTW Document 3-26 Filed 10/07/22 Page 10 of 13 Documents filed with the registry for the company CHALET ASPEN - Infogreffe

Log In

FR | IN

Les greffiers des tribunaux de commerce

infogreffe
Entreprendre en confiance

Get information on companies Online procedure Digital short Datainfogreffe Go further

Company, director, registry, formalities, news, name, name + Zip Code, SIREN ...

Advanced search

# CHALET ASPEN

SHARE THE LINK TO THIS COMPANY PROFILE

442 165 858 R.CS CHAMBERY
Registry at the Commercial Court of CHAMBERY

Supervise this office

PERFORM A FORMALITY

Select

BACK TO RESULTS NEW ADVANCED SEARCH

## LIST OF OFFICIAL DOCUMENTS CHALET ASPEN

VIEW OFFICIAL DOCUMENTS

IDENTITY | OFFICE (S) | 4 OFFICIAL FILED DOCUMENTS | BODACC PUBLICATIONS

| DATED | TYPE | DECISIONS |
|---|---|---|
| 01/15/2019 | Document relating to the beneficial owner | Filing number 1804 of 23/01/2019 |
| 09/11/2017 | Meeting minutes | Transfer of the head office<br>Filing number 6712 of 06/10/2017 |
| 09/11/2017 | status updated | Filing number 6712 of 06/10/2017 |
| 04/30/2002 | Dispatch of an authentic instrument | Constitution<br>Filing number 1100214 dated 05/28/2002 |

Display by page 10

" < 1 > "

OFFICIAL DOCUMENTS

Order official documents and articles of association

PRINT THE LIST OF OFFICIAL DOCUMENTS

## OFFICIAL DOCUMENTS

CERTIFICATE OF REGISTRATION
Trade and Companies Register

DEBT REPORT
View products

OFFICIAL DOCUMENTS AND ARTICLES OF ASSOCIATION
View products

BACKGROUND TO MODIFICATIONS
View products

BANKRUPTCY PROCEEDINGS
View products

FULL FILE
View products

| DOCUMENT | ELECTRONIC (1) | LETTER (2) | PRICE INCLUDING TAX |
|---|---|---|---|
| **Certificate of registration**<br>**€ 2.69**<br>The certificate of registration is issued and certified by the registries. | View, download and mail | copy (ies)<br>**Periodic sending:**<br>Every month<br>During month | |
| **HISTORY OF MODIFICATIONS**<br>**€ 6.70**<br>**Sort by:** Date of registration with the registry | View and download | | |

SHOPPING CART

(1) Electronic issue due diligence: + € 0.68
(2) Postage fees: + € 1.34 per copy

KBIS EXTRACT

**L'extrait Kbis représente la véritable « carte d'identité » à jour d'une entreprise** immatriculée au Registre du Commerce et des Sociétés (RCS).
Ce document, qui peut être défini comme l'état civil à jour des entreprises immatriculées

https://www.infogreffe.com/entreprise-societe/442165858-chalet-aspen-730102D501330000/actes-deposes.html?typeProduitOnglet=EXTRAIT&afficherretour=true 1/2







With your agreement, we and our partners use cookies or similar technologies to store, access, and process personal data like your visit on this website. You can withdraw your consent or object to data processing based on legitimate interest at any time by clicking on "Learn More" or in our Privacy Policy on this website.

We and our partners do the following data processing: Personalised ads and content, ad and content measurement, audience insights and product development, Precise geolocation data, and identification through device scanning, Store and/or access information on a device

Learn More →

Agree and close

Name or first name of the manager ...

Données mises à jour le : 13-04-2021

MENU ▼

# Nejdet BAYSAN

Born in 1955
Activity: Real estate
1 Mandate

Le surveiller

Docs | 1 Mandate | Carto | Co-mandataires

## Presentation of Nejdet BAYSAN

**Nejdet BAYSAN** runs 1 company (1 mandate), his main mandate is Manager within the **CHALET ASPEN** company . **Nejdet BAYSAN** operates in the Real Estate business sector.

Case 1:22-mc-00281-GHW-OTW Document 3-26 Filed 10/07/22 Page 12 of 13

## Corporate identity

### Presentation of CHALET ASPEN

**CHALET ASPEN** , a real estate company, has been active for 18 years. Based in SALINS-FONTAINE (73600), it specializes in the field of land rental and other real estate. Societe.com lists 2 establishmentsand the last notable event of this company dates from 06-10-2017. **Nejdet BAYSAN** , is manager of the CHALET ASPEN company.

Generate mentions for contract

Download official documents

Traders, keep your business open during the crisis , create a free e-commerce site for 1 month and sell online. Start now>

### legal information

| | | |
|---|---|---|
| Company creation date | 04-30-2002 - *18 years ago* | Articles of incorporation |
| Legal form | Real estate company | See |

| | |
|---|---|
| Trade names | CHALET ASPEN |
| Phone | Display number |
| Address | 294 AV DU GRAND CHAMP 73600 SALINS-FONTAINE |
| **Identification numbers** | |
| Siren number | 442165858 |
| SIRET number ( head office ) | 44216585800022 |
| VAT number | FR82442165858 |
| RCS number | Chambery D 442 165 858 |
| **Commercial information** | |
| Category | Immovable |
| Activity (NAF or APE code) | Location de terrains et d'autres biens immobiliers — See |
| **Informations juridiques** | |
| Statut RCS | INSCRITE - *au greffe de Chambery* — Extrait d'immatriculation RCS |
| Statut INSEE | INSCRITE — Avis de situation SIRENE |
| Date d'immatriculation RCS | Immatriculée au RCS le 28-05-2002 |
| Date d'enregistrement INSEE | Enregistrée à l'INSEE le 30-04-2002 |
| **Taille de l'entreprise** | |
| Tranche d'effectif | Unités non employeuses (pas de salarié au cours de l'année de référence et pas d'effectif au 31/12). — Voir |
| Capital social | 3 700 000,00 € — Voir |

+ Informations avancées

## Le dirigeant de la société CHALET ASPEN

**Dirigeants mandataires de CHALET ASPEN :**

| Mandataires de type : Gérant | | |
|---|---|---|
| Depuis le 01-01-2000 | M Nejdet BAYSAN | + En savoir plus |

+ Afficher tous les dirigeants

Parcourez les réseaux d'influence de plus de 4 millions de dirigeants français !

Accéder à la cartographie