USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
IN RE THE APPLICATION OF JONAH                                 :
MEER, AS LIQUIDATOR FOR KOPIST                                 :
HOLDING LIMITED                                                :       1:22-mc-281-GHW
                                                               :
REQUEST FOR DISCOVERY PURSUANT TO                              :       ORDER
28 U.S.C. § 1782                                               :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On October 18, 2022, Plaintiff's counsel filed a proposed consent to the jurisdiction of a United States magistrate judge.  Dkt. No. 6.  As the proposed consent filed by Plaintiff's counsel states, such a consent is effective "only if all parties voluntarily consent."  *Id.*  The Court cannot enter the consent filed by Plaintiff's counsel because it is signed only by Plaintiff's counsel.

SO ORDERED.

Dated:  October 19, 2022
        New York, New York

                                                        _____
                                                             GREGORY H. WOODS
                                                          United States District Judge