USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                              :

In Re Application of                            :

JONAH MEER, as Liquidator for Kopist Holding  :    1:22-mc-281-GHW
Limited                                                :
                                              :    <u>ORDER</u>

Request for Discovery Pursuant to 28 U.S.C. § 1782 :
                                              :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      On October 7, 2022, Applicant Jonah Meer, as liquidator for Kopist Holding Limited, filed an *ex parte* motion for discovery pursuant to 28 U.S.C. § 1782. Dkt. Nos. 1-2. On January 26, 2023, Judge Wang granted the *ex parte* motion for discovery. Dkt. No. 9. In light of Judge Wang's January 26, 2023 decision resolving the application that is the subject of this action, the Court orders that this case be closed.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 1 and to close this case.

      SO ORDERED.

Dated: January 28, 2023
       New York, New York

                                                                       _____
                                                                       GREGORY H. WOODS
                                                                   United States District Judge